# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

NICO DIMITRIES RANSOM
#272911                                                           PLAINTIFF

v.                          No. 3:18-cv-162-DPM-BD

CRAIGHEAD COUNTY
DETENTION CENTER, *et al.*                                        DEFENDANTS

## ORDER

Unopposed partial recommendation, № 6, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Ransom's claims against the Craighead County Detention Center are dismissed with prejudice.

So Ordered.

*WPMarshall Jr*
D.P. Marshall Jr.
United States District Judge

17 October 2018