IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**NICO DIMITRIES RANSOM**                                               **PLAINTIFF**
**#272911**

V.                          CASE NO. 3:18-CV-162-DPM-BD

**CRAIGHEAD COUNTY**
**DETENTION CENTER, et al.**                                            **DEFENDANTS**

## ORDER

Plaintiff Nico Dimitries Ransom has filed a change-of-address notice indicating that he was released from custody and is now residing at a private address in North Little Rock. (Docket entry #16) It is unclear whether Mr. Ransom is still entitled to proceed *in forma pauperis* ("IFP"). Accordingly, the Clerk of the Court is directed to send Mr. Ransom a new (non-prisoner) application to proceed IFP. He must either pay the statutory filing fee or file the IFP application within 30 days of this Order, or risk dismissal of his claims. See Local Rule 5.5(c)(2).

In addition, the most recent summons issued to Defendant H. O'Brien and sent to the Craighead County Detention Center was returned to the Court unexecuted. (#17) It is Mr. Ransom's responsibility to provide the Court and the U.S. Marshal Service with proper service addresses for Defendants. *Lee v. Armontrout,* 991 F.2d 487, 489 (8th Cir. 1993). Thus, the Court will give Mr. Ransom until March 3, 2019, to use the discovery process set forth in Federal Rule of Civil Procedure 33 (by serving Interrogatories on the

Defendants or otherwise) to ascertain Defendant O'Brien's valid service address, and to file a "Motion for Service," requesting that service be again attempted upon Defendant O'Brien. Mr. Ransom is warned that the failure to timely and properly comply with this Order will result in the dismissal of claims against Defendant O'Brien, without prejudice. See Fed. R. Civ. P. 4(m).

Mr. Ransom is reminded not to file discovery requests or discovery responses with the Court unless they are necessary to support a motion or response to a motion, or to comply with a court order. See Fed. R. Civ. P. 5(d).

IT IS SO ORDERED, this 4th day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE