IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**NICO DIMITRIES RANSOM**                                                                                        **PLAINTIFF**

V.                              CASE NO. 3:18-CV-162-DPM-BD

**CRAIGHEAD COUNTY
DETENTION CENTER,** *et al.*                                                                  **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.    Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge D.P. Marshall Jr. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection.

Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation. If no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.    Discussion:**

Plaintiff Nico Dimitries Ransom filed a notice of his change of address when he was released from the Craighead County Detention Center. (Docket entry #16) After Plaintiff's release, the Court ordered the Plaintiff to file an updated application to proceed *in forma pauperis* (IFP) designed for non-prisoners. The updated IFP application was due within 30 days of December 4, 2018. (#18)

To date, the Plaintiff has not complied with the order to file an updated IFP application. Without current financial information the Court cannot determine whether the Plaintiff is entitled to proceed without further payments. The Plaintiff was specifically cautioned that all claims could be dismissed in the absence of an updated IFP application.

### III. Conclusion:

The Court recommends that the Plaintiff's claims be DISMISSED, without prejudice, based on the failure to comply with the Court's December 4, 2018 Order to file a non-prisoner IFP application.

DATED, this 7th day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE