# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

NICO DIMITRIES RANSOM                                    PLAINTIFF

v.                    No. 3:18-cv-162-DPM

CRAIGHEAD COUNTY
DETENTION CENTER, *et al.*                              DEFENDANTS

## ORDER

Some of the Court's mail to Ransom was returned undelivered last month. № 19. But the pending recommendation was sent to his updated address and hasn't been returned. Ransom hasn't responded. Unopposed recommendation, № 20, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Ransom's complaint will be dismissed without prejudice for failure to prosecute. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 January 2019