# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

NICO DIMITRIES RANSOM                                    PLAINTIFF

v.                          No. 3:18-cv-162-DPM

CRAIGHEAD COUNTY
DETENTION CENTER, *et al.*                               DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 January 2019